**Order entered October 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00874-CV

### MELINDA MORA, Appellant

### V.

### CHARLES WINE AND THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05690-E**

## ORDER

Before the Court is appellant's October 10, 2019, unopposed motion to extend the time to

file her brief on the merits. We **GRANT** the motion and extend the time to December 2, 2019.

/s/     BILL WHITEHILL
JUSTICE